IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DEBORAH ADAMS,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | No. 7:11-cv-61 (HL) |
| : | |
| **DOLGENCORP, LLC,** : | |
| : | |
| Defendant. : | |

## ORDER

Before the Court is the Defendant's Motion to Enforce Subpoena (Doc. 22). For good cause shown, the motion is granted. The Court orders the Georgia Department of Labor to produce to Anderson Scott of Fisher & Phillips LLP the records pertaining to the unemployment insurance request of Deborah Adams, as requested in the Dolgencorp, Inc.'s subpoena. The Court finds that the need for the records in the proceeding outweighs any reasons for the privacy and confidentiality of the information.

SO ORDERED, this 13th day of January, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr