IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**DEBORAH ADAMS**,

    Plaintiff,

    v.                                                                        Civil Action No. 7:11-cv-61 (HL)

**DOLGENCORP, LLC,**

    Defendant.

## ORDER

Pursuant to the telephone conference call held on Thursday, February 16, 2012, the Court orders Plaintiff to provide a full, executed HIPPA medical release to Defendant Dolgencorp, LLC. This release is required so that Defendant will have access to Plaintiff's medical records for purposes of this case. As stated during the call, Plaintiff has put her medical condition at issue when she filed this case, and therefore, a full HIPPA release is appropriate so that Defendant may pursue discovery and prepare its defense. The signed HIPPA release forms should be delivered to Defendant no later than Wednesday, February 22, 2012.

Additionally, the conference call addressed the issues presented in Defendant's Motion to Seal (Doc. 28) and thus, the Motion is deemed moot.

**SO ORDERED**, this 17th day of February, 2012.

                                                    *s/ Hugh Lawson*
                                                   HUGH LAWSON, SENIOR JUDGE

ebr